**Abatement Order filed January 5, 2023.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-22-00387-CV

---

## IN RE METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-33529**

---

## ABATEMENT ORDER

On May 27, 2022, relator Metropolitan Transit Authority of Harris County, Texas filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Scot Dollinger, presiding judge of the 189th District Court of Harris County, to vacate the trial court's May 16, 2022, "Order Denying

METRO's Motion to Compel Plaintiff to Execute Medical/Medicare/Insurance Authorizations and Respond to Interrogatories Nos. 9 and 12."

Because Judge Dollinger ceased to hold the office of Judge of the 189th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Tamika Craft, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 6, 2023** to permit Judge Craft to consider the order underlying relator's request for relief. On or before that date, Judge Craft shall advise this Court of the action taken on relator's request by filing a signed order reflecting her ruling concerning relator's request for relief with this court. This Court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.